## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

**v.**

**D-1   ERIC J. SMITH,**

**CRIMINAL NO.**

**HON.**

**VIOLATION:**
**18 U.S.C. § 1512(b)(1) (Obstruction of Justice)**

Case: 2:20−cr−20413
Assigned To : Parker, Linda V.
Referral Judge: Patti, Anthony P.
Assign. Date : 9/9/2020
Description: INFO USA v. SMITH (SO)

                              **Defendant.**
_____/

### INFORMATION

**The United States Attorney charges:**

### COUNT ONE
(18 U.S.C. § 1512(b)(1) – *Obstruction of Justice*)

**D-1 ERIC J. SMITH**

In and between August 2019 and February 2020, in the Eastern District of Michigan, Southern Division, defendant **ERIC J. SMITH**, knowingly and corruptly persuaded and attempted to persuade another person, with the intent to influence that person's testimony in an official proceeding, namely, defendant attempted to get *Person A* to provide false statements to federal law enforcement officers and a federal grand jury regarding the nature of over $50,000 in cash defendant illegally received from *Person A*. Defendant also knowingly and corruptly persuaded and

attempted to persuade *Prosecutor A* and *Prosecutor B* to provide false statements to law enforcement officers and a federal grand jury regarding $20,000 that defendant stole from his campaign fund.

     All in violation of Title 18, United States Code, Section 1512(b)(1).

MATTHEW SCHNEIDER
United States Attorney

*s/David A. Gardey*
DAVID A. GARDEY
Assistant United States Attorney
Chief, Public Corruption Unit

*s/R. Michael Bullotta*
R. MICHAEL BULLOTTA
Assistant United States Attorney

*s/Robert Moran*
ROBERT MORAN
Assistant United States Attorney

Dated: September 9, 2020