UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1   ERIC J. SMITH,

    Defendant.

_____ /

Case No. 20-cr-20413

Hon. Linda V. Parker

## **STIPULATED ORDER ADJOURNING PLEA HEARING**

NOW COME the parties through their respective counsel and state in support of this stipulation to adjourn the plea hearing scheduled for November 13, 2020 at 11:00 a.m.:

Defendant was diagnosed with COVID-19 and was recently admitted to a local hospital for treatment. He was released from the hospital on November 9, 2020. Defendant continues to exhibit severe symptoms of the virus. Defendant is in quarantine at his home pursuant to the Centers for Disease Control and Prevention's guidelines. It is in the best interest of justice that Defendant be present in his counsel's office to prepare for and execute the plea hearing.

The Court finds that the time period between November 13, 2020 and December 17, 2020 qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 316(h)(7), because the ends of justice served by the granting of the

2

requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, the parties stipulate that the Plea Hearing scheduled for November 13, 2020, at 11:00 a.m. be rescheduled to December 17, 2020 at 11:00 a.m.

**IT IS SO ORDERED**.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: November 12, 2020

| MATTHEW SCHNEIDER | CLARK HILL PLC |
| United States Attorney | |
| | |
| /s/ Robert A. Moran (with permission) | /s/ John D. Dakmak |
| Robert A. Moran (P46346) | Martin E. Crandall (P26824) |
| Assistant United States Attorney | John D. Dakmak (P58210) |
| 211 West Fort Street, Suite 2001 | Attorneys for Defendant |
| Detroit, MI 48226 | 500 Woodward Avenue, Suite 3500 |
| (313) 226-9553 | Detroit, MI 48226 |
| Robert.Moran@usdoj.gob | (313) 965-8300 |
| | mcrandall@clarkhill.com |
| | jdakmak@clarkhill.com |