UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                Case No. 20-20413
                                Honorable Linda V. Parker

ERIC J. SMITH,

    Defendants.

_____/

**NOTICE TO APPEAR FOR TELEPHONIC STATUS CONFERENCE**

**YOU ARE NOTIFIED TO APPEAR BY TELEPHONE ON January 13, 2022 at 1:00 PM for Telephonic Status Conference. Counsel shall call the Court's toll-free conference line at 1-888-808-6929 and use Access Code 8141695.**

                                s/ Linda V. Parker
                                LINDA V. PARKER
                                U.S. DISTRICT JUDGE

Dated: January 11, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, January 11, 2022, by electronic and/or U.S. First Class mail.

                                s/ A. Flanigan
                                Case Manager