UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1   ERIC J. SMITH,

    Defendant.
_____/

Case No. 20-cr-20413

Hon. Linda V. Parker

**STIPULATED ORDER RESCHEDULING
DEFENDANT'S SELF SURRENDER TO THE BUREAU OF PRISONS**

The parties, through undersigned counsel, hereby stipulate that Defendant's previously determined date of surrender to the Bureau of Prisons is rescheduled so that Defendant shall now surrender himself to the custody of the Bureau of Prisons on or after **June 15, 2022** but no later than **June 30, 2022**.

    **IT IS SO ORDERED.**

                                             s/ Linda V. Parker
                                             LINDA V. PARKER
                                             U.S. DISTRICT JUDGE

Dated: May 9, 2022

**Error! Unknown document property name.**

DAWN N. ISON
UNITED STATES ATTORNEY

CLARK HILL PLC

s/ Robert Moran (P46346)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 38227
Robert.moran@usdoj.gov
(313) 226-9678

Date:  May 3, 2022

s/ John D. Dakmak (P58210)
Attorneys for Defendant
500 Woodward Avenue, Suite 3500
Detroit, MI 48226
jdakmak@clarkhill.com
(313) 965-8288

Date:  May 3, 2022

**Error! Unknown document property name.**